IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS INC, | * |
| Plaintiff, | * |
| v. | Case No. 1:20-cv-00224-WLS |
| | * |
| EDWIN ATKINSON, III, | |
| | * |
| Defendant, | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 2, 2021 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amounts of $244,343.12 in liquidated damages, $24,434.31 in attorneys' fees, $450.00 in costs. The amounts shall accrue interest from the date of entry of judgment at the rate of 0.07 % per annum until paid in full.

This 2nd day of August, 2021.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk